# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

09-27957

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-22874-RTBP |
| IN RE: | Chapter 13 |
| Carl Joseph Braunagel | ANSWER TO COMPLAINT FOR VIOLATION OF CONFIRMATION ORDER AND AUTOMATIC STAY |
|         Debtor. | |
| Carl Joseph Braunagel, Debtor; Office of the US Trustee, Trustee. | Adversary No.: 2:10-ap-02289-RTB |
|         Plaintiff, | |
| vs. | |
| Bank of America, et al. | |
|         Defendant. | |

Everhome Mortgage Company, as servicer for R.G. Premier Bank of Puerto Rico, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby admits, denies, and affirmatively alleges as follows:

-1-

**I.**

Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph I of the Complaint.

**II.**

Defendant admits the allegations contained in Paragraph II of the Complaint.

**III.**

Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph III of the Complaint.

**IV.**

Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph IV of the Complaint.

**V.**

Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph V of the Complaint.

**VI.**

Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph VI of the Complaint.

**VII.**

Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph VII of the Complaint.

**VIII.**

Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph VIII of the Complaint.

**IX.**

Upon information and belief, Everhome Mortgage Company is the servicer of the loan for R.G. Premier Bank of Puerto Rico, who is the current lien holder.

**X.**

Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph X of the Complaint.

**XI**.

Defendant denies the allegations contained in Paragraph XI of the Complaint.

**XII**.

Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph XII of the Complaint.

**XIII**.

Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph XIII of the Complaint.

**XIV.**

Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph XIV of the Complaint.

**COUNT I – VIOLATION OF AUTOMATIC STAY**

**XV.**

Defendant reasserts and realleges all admissions, denials and allegations set forth in response to Paragraphs I – XIV of Plaintiff's Complaint as set forth and incorporated herein by reference.

**XVI.**

No answer is required in response to Paragraph XVI of Plaintiff's Complaint in that it does not set forth any facts, but instead attempts to make statement of law. Defendant will defer to and rely upon the Court for a determination of legal principles application to the claims raised in this case.

**XVII**.

Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph XVII of the Complaint.

**XVIII**.

Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph XVIII of the Complaint.

**COUNT TWO – VIOLATION OF CONFIRMATION ORDER**

**XIX.**

Defendant reasserts and realleges all admissions, denials and allegations set forth in response to Paragraphs I – XVII of Plaintiff's Complaint as set forth and incorporated herein by reference.

**XX.**

Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph XX of the Complaint.

**XXI.**

No answer is required in response to Paragraph XXI of Plaintiff's Complaint in that it does not set forth any facts, but instead attempts to make statement of law. Defendant will defer to and

rely upon the Court for a determination of legal principles application to the claims raised in this case.

### COUNT THREE – BREACH OF CONTRACT

### XXII.

Defendant reasserts and realleges all admissions, denials and allegations set forth in response to Paragraphs I – XXI of Plaintiff's Complaint as set forth and incorporated herein by reference.

### XXIII.

No answer is required in response to Paragraph XXIII of Plaintiff's Complaint in that it does not set forth any facts, but instead attempts to make statement of law. Defendant will defer to and rely upon the Court for a determination of legal principles application to the claims raised in this case.

### XXIV.

No answer is required in response to Paragraph XXIV of Plaintiff's Complaint in that it does not set forth any facts, but instead attempts to make statement of law. Defendant will defer to and rely upon the Court for a determination of legal principles application to the claims raised in this case.

**WHEREAS**, Defendant respectfully requests that the Court enter judgment in favor of Defendant and against Debtor as follows:

    1. Denying any and all relief requested by Debtor;

    3. Awarding attorneys fees and costs as may be permissible under the law;

    4. Granting any further relief to which Defendant is entitled under the law.

DATED this 11th day of January, 2011.

                      Respectfully submitted,

                      TIFFANY & BOSCO, P.A.

                      BY   /s/ MSB # 010167
                            Mark S. Bosco
                            Leonard J. McDonald
                            Attorneys for Secured Creditor

Copy of the foregoing was
mailed this 11th day of January, 2011.

Carl Joseph Braunagel
2625 S. Anica Lane
Cottonwood , AZ 86326
Debtor

Lawrence D. Hirsch
7310 N. 16th Street
Suite 330
Phoenix, AZ 85020
Attorney for Debtor

Bank of America
Alice Herald, Corporate Secy
401 Tryon Street
NC1-021-02-20
Charlotte, NC 28255

Saxon Mortgage, Inc.
Greg Smallwood, Corporate Secy
4718 Mercantile Drive N.
Fort Worth, TX 76137

1 | Federal Trust Bank
312 West First Street
2 | Sanford, FL 32771

3 | JPMorgan Chase
Anthony Horan, Corporate Secy
4 | 270 Park Avenue
New York, NY 10017
5 |

6 | GMAC Mortgage
dba Ally Mortgage
7 | Ally General Counsel
200 Renaissance Center
8 | Mail Code 482-B09-B11
Detroit, MI 48265
9 |

10 | U.S. Trustee
230 North 1st Avenue
11 | Phoenix, AZ 85003-1706

12 |

13 | By: /s/ Heidi S. Nelson